**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RENZO LUIS RODRIGUEZ SALAZAR ,

Petitioner,

v. No. 1:26-cv-01766-MLG-GBW

WARDEN, Cibola County Correctional
Center; et al,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND**
**DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Renzo Luis Rodriguez Salazar's Petition for a Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on October 23, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted. For the reasons stated on the record during the October 23, 2026, hearing, and incorporating the holdings and reasoning provided in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) and *Bejarbaneh v. Mullin*, No. 1:26-CV-01451-MLG-GJF, 2026 WL 1724942, at *2 (D.N.M. June 12, 2026), the Court grants the Petition.

Rodriguez Salazar shall be released within forty-eight hours of the entry of this Order. He shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA